# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:24-CR-03001(1)-EG |
| | § | |
| (1) FELIPE NERY DOMINGUEZ-GARRANZA | § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in Courtroom 3, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on **Thursday, March 27, 2025 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 20th day of March, 2025.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE